# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER WEATHERFORD, <br><br> Petitioner, <br><br> v. <br><br> T. FELKER, Warden, <br><br> Respondent(s). | No. CV 07-911-ABC (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Sept 29, 2010

AUDREY B. COLLINS
United States District Judge